O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JETSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT OF LOS ANGELES, et al.,<br><br>　　　　Respondents. | Case No. 2:21-cv-04904-MCS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 29). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 33) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

DATED: January 19, 2023

　　　　　　　　　　　　　　　　　　*Mark C. Scarsi*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE