JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JETSON, | Case No. 2:21-cv-04904-MCS-KES |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUPERIOR COURT OF LOS ANGELES COUNTY, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: January 19, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE